John K. Flock, SBN 200183
jflock@zellaw.com
Andrew T. Cooledge, SBN 273909
acooledge@zellaw.com
**ZELMS ERLICH & LENKOV**
20920 Warner Center Lane, Suite B
Woodland Hills, CA 91367
Phone: (480) 608-2114
Attorneys for Defendant,
Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA MURPHY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; KHALEILA DOE; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:25-CV-01663<br><br>**DECLARATION OF JOHN K. FLOCK, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DISQUALIFY ANTHONY WERBIN AND DOWNTOWN LA LAW GROUP AS PLAINTIFF'S COUNSEL**<br><br>**Date:** October 6, 2025<br>**Time:** 9:00 a.m.<br>**Courtroom:** 1 |

### DECLARATION OF JOHN K. FLOCK, ESQ.

I, John K. Flock, declare and state:

1. I am an attorney at law licensed to practice before all the courts in the state of California. I am a Partner at Zelms Erlich Lenkov who are attorneys of record for Defendant, Costco Wholesale Corporation ("Costco"), in this instant matter. I make this Declaration in support of Defendant's Motion to Disqualify Anthony Werbin and Downtown LA Law Group as Plaintiff's Counsel. I am familiar with the

1

1 Firm's case file for this matter and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. On September 5, 2025, I conferred by telephone with Plaintiff's counsel, Igor Franklin. The conference lasted approximately seven minutes, during which the parties discussed whether Plaintiff would assent to disqualification of Werbin and Downtown LA Law Group. The parties were unable to resolve this issue at the conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2025, at Woodland Hills, California.

_____
JOHN K. FLOCK, ESQ.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367

On September 9, 2025, I served true copies of the following document(s) described as

**DECLARATION OF JOHN K. FLOCK, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DISQUALIFY ANTHONY WERBIN AND DOWNTOWN LA LAW GROUP AS PLAINTIFF'S COUNSEL**

on the interested parties in this action as follows:

| | |
|---|---|
| Igor Franklin, Esq.<br>Downtown LA Law Group<br>612 S. Broadway<br>Los Angeles, CA 90014<br>(213) 389-3765<br>igorteam@downtownlalaw.com | Attorneys for Plaintiff,<br>*Debra Murphy* |

[X]   **BY E-MAIL**, the foregoing above-described document(s) were electronically served to the above-mentioned party. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 9, 2025, at Woodland Hills, California.

| Candice Jacobsen | *Candice Jacobsen* |
|---|---|
| Type or Print Name | Signature |

3

**DECLARATION OF JOHN K. FLOCK, ESQ. IN SUPPORT OF MOTION TO DISQUALIFY**