John K. Flock, SBN 200183
jflock@zellaw.com
Andrew T. Cooledge, SBN 273909
acooledge@zellaw.com
**ZELMS ERLICH & LENKOV**
20920 Warner Center Lane, Suite B
Woodland Hills, CA 91367
Phone: (480) 608-2114
Attorneys for Defendant,
Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA MURPHY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; KHALEILA DOE; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:25-CV-01663<br><br>**DECLARATION OF LEIGH ANN RUIJTERS IN SUPPORT OF DEFENDANT'S MOTION TO DISQUALIFY ANTHONY WERBIN AND DOWNTOWN LA LAW GROUP AS PLAINTIFF'S COUNSEL**<br><br>Date: October 6, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1 |

### DECLARATION OF LEIGH ANN RUIJTERS

I, Leigh Ann Ruijters, declare and state:

1. I am a Complex Claims Specialist for Costco Wholesale Corporation ("Costco"). I make this Declaration in support of Costco's Motion to Disqualify Plaintiff's Downtown LA Law Group as Plaintiff's counsel. The facts set forth in this Declaration are true and correct of my own personal knowledge. If called as a witness, I could and would testify competently to these facts under oath.

1

**DECLARATION OF LEIGH ANN RUIJTERS IN SUPPORT OF MOTION TO DISQUALIFY**

2. Costco Wholesale Corporation ("Costco") is a publicly traded, self-insured, membership-only retailer.

3. Costco has a commitment to promoting from within. As a result of this policy, Costco's warehouse level management has frequently been with Costco for more than 10 years.

4. Costco managers can and do transfer between warehouses, a benefit to Costco in distributing the institutional knowledge of its warehouse managers throughout any given region.

5. Costco places importance on hiring local attorneys with an understanding of Costco's business practices and litigation strategy.

6. Costco is closely involved with litigation decisions such as whether to settle, whether to participate in alternative dispute resolution, whether to appeal adverse rulings, and whether to incur certain expenses.

7. Costco is in regular communication with its attorneys regarding all aspects of litigation and/or settlement and makes its litigation decisions in the context of promoting its relationships with its customers and advancing business interests.

8. It is Costco's usual and customary practice to seek protective orders relative to documents it produces in discovery.

9. Attorney Anthony Werbin ("Werbin") represented Costco in 21 cases from July 5, 2017, to January 16, 2020, while employed by Manning & Kass, Ellrod, Ramirez, Trester LLP.

10. Werbin's representation of Costco involved matters relating to personal injuries, including, but not limited to, trip-and-fall and slip-and-fall cases.

11. As an example, Werbin served as one of Costco's trial counsel in a personal injury matter captioned *Guo Jun Chen v. Costco Wholesale Corporation* (Los Angeles County Superior Court, Case No. BC654699), which went to trial on May 29, 2019, following which a verdict was rendered on June 4, 2019.

12. While serving as Costco's attorney, Werbin was lead counsel and

2

DECLARATION OF LEIGH ANN RUIJTERS IN SUPPORT OF MOTION TO DISQUALIFY

1. handled virtually every aspect of Costco's files, including but not limited to developing strategy, communicating with Costco employees as well as its claims administrator Gallagher Bassett, reviewing confidential and privileged documents, preparing responses to discovery, preparing witnesses to testify at depositions, defending numerous depositions of Costco employees, and developing litigation strategy.

13. In connection with his work for Costco, Werbin was privy to Costco's pre-litigation strategies, case handling procedures, attorney-client communications, confidential and proprietary information concerning Costco's operations, confidential client documentation, policies and procedures, and trade secrets.

14. On March 19, 2019, Werbin attended a day-long California Defense Counsel Conference that Costco held for its panel of defense attorneys in California in order to discuss California litigation, convey information, and share defense tools and strategies among its defense counsel. Werbin was an active participant in the Conference. After the Conference, Werbin sent an email to other attendees sharing his thoughts on defense strategy.

15. Notably, the group in attendance at the Conference was not every attorney who represents Costco on California cases but was, instead, a select group— a subset of attorneys—who worked on California cases for Costco.

16. In total, between 2017 and 2020, Werbin billed 1,195 hours of time working on Costco matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2025, at Issaquah, WA, ~~California~~.

_____
LEIGH ANN RUIJTERS

3

DECLARATION OF LEIGH ANN RUIJTERS IN SUPPORT OF MOTION TO DISQUALIFY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367

On September 9, 2025, I served true copies of the following document(s) described as

**DECLARATION OF LEIGH ANN RUIJTERS IN SUPPORT OF DEFENDANT'S MOTION TO DISQUALIFY ANTHONY WERBIN AND DOWNTOWN LA LAW GROUP AS PLAINTIFF'S COUNSEL**

on the interested parties in this action as follows:

| | |
|---|---|
| Igor Franklin, Esq.<br>Downtown LA Law Group<br>612 S. Broadway<br>Los Angeles, CA 90014<br>(213) 389-3765<br>igorteam@downtownlalaw.com | Attorneys for Plaintiff,<br>*Debra Murphy* |

**[X]   BY E-MAIL**, the foregoing above-described document(s) were electronically served to the above-mentioned party. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 9, 2025, at Woodland Hills, California.

| | |
|---|---|
| Candice Jacobsen | *Candice Jacobsen* |
| Type or Print Name | Signature |