# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA MURPHY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; KHALEILA DOE; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:25-CV-01663<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISQUALIFY ANTHONY WERBIN AND DOWNTOWN LA LAW GROUP AS PLAINTIFF'S COUNSEL**<br><br>Date:      October 6, 2025<br>Time:      9:00 a.m.<br>Courtroom: 1 |

## [PROPOSED] ORDER

On October 6, 2025 at 9:00 a.m., in Courtroom 1 of the above-captioned Court, Defendant Costco Wholesale Corporation ("Costco")'s Motion to Disqualify Downtown LA Law Group as counsel for Plaintiff Debra Murphy ("Plaintiff") came on regularly for hearing as noticed.

Having read and considered Costco's Motion and supporting documents; Plaintiff's Opposition and supporting documents, if any; Costco's Reply, if any; all the pleadings and papers on file in this matter; the pleadings and documents on file in this matter; and the argument and/or evidence presented by counsel at the hearing on

1

the Motion, and good cause appearing, the Court finds that attorney Anthony Werbin previously served as lead counsel for Defendant Costco Wholesale Corporation in at least approximately twenty substantially similar personal injury matters, during which he was privy to confidential litigation strategy, proprietary business practices, and privileged communications. *See Jessen v. Hartford Casualty Ins. Co.*, 111 Cal.App.4th 698, 711-13 (2003); *Flatt v. Superior Court*, 9 Cal.4th 275, 283 (1994).

Applying California law in determining matters of disqualification [*In re Cty. of Los Angeles*, 223 F.3d 990, 995 (9th Cir. 2000)], the Court further finds that Werbin's current employment with Downtown LA Law Group creates a presumption of vicarious disqualification, which Plaintiff's counsel has failed to rebut with timely and effective ethical screening measures. *See Kirk v. First Am. Title Ins. Co.*, 183 Cal.App.4th 776, 809-814 (2010). Therefore, disqualification is warranted to preserve public trust in the integrity of the judicial process and to protect Costco's confidential information. *See People ex rel. Dep't of Corps. v. SpeeDee Oil Change Sys., Inc.*, 20 Cal.4th 1135, 1145 (1999); *State Comp. Ins. Fund v. Drobot*, 192 F.Supp.3d 1080, 1087 (C.D. Cal. 2016).

Accordingly, the Court hereby ORDERS as follows:

1.  Costco's Motion is hereby GRANTED.

2.  Downtown LA Law Group is disqualified from representing Plaintiff in this action.

3.  Attorney Anthony Werbin is disqualified from representing Plaintiff in this action.

4.  Plaintiff shall have 30 days from the date of this Order to retain new counsel and for new counsel to file a notice of appearance.

DATED:_____                    _____
                                          Hon. Jesus G. Bernal
                                          UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367

On September 9, 2025 I served true copies of the following document(s) described as
**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISQUALIFY ANTHONY WERBIN AND DOWNTOWN LA LAW GROUP AS PLAINTIFF'S COUNSEL**
on the interested parties in this action as follows:

| | |
|---|---|
| Igor Franklin, Esq.<br>Downtown LA Law Group<br>612 S. Broadway<br>Los Angeles, CA 90014<br>(213) 389-3765<br>igorteam@downtownlalaw.com | Attorneys for Plaintiff,<br>*Debra Murphy* |

**[X]   BY E-MAIL**, the foregoing above-described document(s) were electronically served to the above-mentioned party. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 9, 2025, at Woodland Hills, California.

| | |
|---|---|
| Candice Jacobsen | *Candice Jacobsen* |
| Type or Print Name | Signature |

3

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISQUALIFY ANTHONY WERBIN AND DOWNTOWN LA LAW GROUP AS PLAINTIFF'S COUNSEL