# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA MURPHY, an individual,<br><br>Plaintiff<br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; KHALEILA DOE (STORE MANAGER); and DOES 1-50, inclusive,<br><br>Defendants | Case No.: 5:25-cv-01663-JGB-DTB<br><br><br><br>**ORDER** |

The Court, having reviewed Plaintiff's First Opposed Ex Parte Motion to Modify Scheduling Order and for Leave to Serve Expert Disclosures Out of Time, hereby rules as follows:

Plaintiff's motion is GRANTED.

The Court extends the following specific dates on its Scheduling Order as follows:

1. Discovery is reopened and is extended until new discovery cut-off date of July 29, 2026;

2. Plaintiff is permitted to serve/file their expert disclosures no later than June 23, 2026; and

3. Expert Discovery is extended to July 7, 2026, to allow all parties to disclose their experts and produce expert reports.

**SO ORDERED.**

Dated: July 9, 2026

Jesus G. Bernal, U.S. District Judge